IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FERNANDO RODRIGUEZ**                                      **PLAINTIFF**

**v.**                  **Civil No. 05-5061**

**CAPTAIN HUNTER PETRAY;**
**and SGT. WISEMAN**                                    **DEFENDANTS**

### O R D E R

Now on this 13th day of February, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #39), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' motion to dismiss is granted and this case is dismissed based on Rodriguez's failure to comply with the order of the court and his failure to prosecute this action. *See* Fed.R.Civ.P.41(b).

                                                    **/s/Jimm Larry Hendren**
                                                    **HON. JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**